

# NUMBER 13-21-00008-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.T.M., G.B., AND P.F.L., CHILDREN

On appeal from the 377th District Court
of Victoria County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Order Per Curiam**

This is an appeal of a final order terminating parental rights. Appellants' briefs were filed on March 15 and 16, 2021. The brief of appellee, the Texas Department of Family and Protective Services, was due on April 6, 2021. *See* TEX. R. APP. P. 38.6(b). Appellee has filed a motion for extension of time seeking fifteen additional days to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The

intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases. *See* TEX. R. APP. P. 38.6(d).

We GRANT appellee's motion for extension of time and ORDER appellee's brief to be filed on or before 5:00 p.m. on Wednesday, April 21, 2021. No further extensions of time will be granted absent truly extraordinary circumstances.

PER CURIAM

Delivered and filed on the
7th day of April, 2021.